App. Div.]                    First Department, March, 1917.

CORA L. TURNER v. CHARLES W. TURNER.— Motion denied. Present Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

GEORGE D. WETHERILL AND COMPANY v. WHITEHEAD VARNISH AND PAINT COMPANY. (2 cases.) — Motions granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

AIDA T. TAGLIAVIA v. T. M. SALES COMPANY.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

ABRAHAM H. ALTSCHUL v. ALFRED LUDWIG and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY REID. THE PEOPLE OF THE STATE OF NEW YORK v. JOHN BRUNO. THE PEOPLE OF THE STATE OF NEW YORK v. FRED HULL.— Motions granted. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

DAVID WALLACE v. JAMES A. WOOLF and Others.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

JACQUES LEBAUDY v. CARNEGIE TRUST COMPANY.— Motion granted unless appellant complies with terms of order. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

RICHARD S. HARVEY v. NEW YORK ASSETS REALIZATION COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

EUGENE W. PRETZFELD and Others v. JULIUS BLAUNER and Another. —Application denied, with ten dollars costs and stay vacated. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

PHILIP WEISS v. OLNEY & WARRIN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

THE CITY OF NEW YORK v. FANNY BAFF.— Application granted. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

JOHN H. KILLINGER v. HOULDER, WEIR & BOYD.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

CLARENCE W. GIESEN v. MAURICE W. METZLER.— Application granted. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

JOSEPH ROSENBERG v. SARAH A. JEFFERSON.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

FLORA SILLEG v. CARPENTER COMPANY. SAMUEL SILLEG v. CARPENTER COMPANY.— Applications denied, with ten dollars costs and stay vacated. Orders signed. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

JAY C. COFFEY v. MARY COFFEY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.